## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | § § § § § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. SA-08-CV-1007-XR |
| JAMES D. HALSELL, | § § § | |
| *Defendant*. | § § | |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

On this day, the Court considered Defendants' counsels' Motion to Withdraw as Counsel of Record for Defendant and Counter-Plaintiff James D. Halsell (Docket Entry No. 48). Plaintiff does not oppose this motion and James D. Halsell has signed the motion, giving his consent and acknowledging that the motion is being made at his request. The motion is hereby GRANTED in its entirety.

Pursuant to the Local Rules of the Western District of Texas:

An attorney seeking to withdraw from a case must file a motion specifying the reasons for withdrawal and providing the name and office address of the successor attorney. If the successor attorney is not known, the motion must set for the client's name, address, and telephone number, and must bear either the client's signature or a detailed explanation why the client's signature could not be obtained after due diligence.

Local Rule AT-3 (W.D. Tex.). "An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *Matter of Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). A district court's decision to grant leave to withdraw is within the sound discretion of the court. *Id.*

The motion complies with the local rule and to show good cause, the motion states that

the attorneys are withdrawing at James D. Halsell's request.

IT IS, THEREFORE, ORDERED that Alan B. Padfield and David R. Eagle, Counsel for Defendant and Counter-Plaintiff James D. Halsell, are hereby withdrawn as attorneys of record for James D. Halsell in this cause.

It is so ORDERED.

SIGNED this 12th day of November, 2009.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE